JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcelo Gomez,<br>Plaintiff(s),<br>vs.<br>Israel Alvares Romero, et al.,<br>Defendant(s). | Case No. 2:26-cv-03752-RGK-MBK<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On April 8, 2026, plaintiff Marcelo Gomez filed a complaint against defendants Israel Alvares Romero dba Rines Tires #1 (“Romero”) and Yolanda Sierra as Trustee of the Yolanda Sierra Revocable Trust (“Sierra”). On May 15, 2026, plaintiff voluntarily dismissed Romero. On May 15, 2026, plaintiff also requested the clerk to enter default on Sierra. On May 21, 2026, the Clerk entered default against Sierra.

On June 2, 2026, the Court issued an order setting a deadline by which to move for default judgment against Sierra. To date, no Motion for Default Judgment has been filed. The Court finds no good cause for the delay in the filing of a Motion for Default Judgment and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 8/6/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE